# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW W. GARBAN**, *et al.*, : | CIVIL ACTION NO. 4:14-CV-891 |
| : | |
| **Plaintiffs,** : | **(Chief Judge Conner)** |
| : | |
| v. : | |
| : | |
| **UNITED STATES OF AMERICA**, : | |
| : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 16th day of June, 2014, upon consideration of plaintiffs' motion (Doc. 3) to remand, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that plaintiffs' motion (Doc. 3) to remand is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania